# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| vs. | ) | |
| | ) | |
| Uyen Perkowitz, | ) | Case No. 1:15-cr-009 |

___

On February 4, 2015, the Government filed an Information charging Uyen Perkowitz with the offense of conspiracy in violation of 18 U.S.C. §§ 1952(a)(3) and 371. It also filed an "Affidavit for Issuance of Arrest Warrant or Summons" executed by FBI Special Agent Ryan O'Neil.

Special Agent O'Neil's affidavit establishes probable cause to believe that Uyen Perkowitz may have committed the offense as charged in the Information. Accordingly, the court authorizes the Clerk's office to issue a summons for Uyen Perkowitz. See Fed. R. Civ. P. 9(a).

**IT IS SO ORDERED.**

Dated this 5th day of February, 2015.

>  /s/ Charles S. Miller, Jr.
>  Charles S. Miller, Jr.
>  United States Magistrate Judge